IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC GLEN CHACHERE, | § | |
|     HC SPN 00539241, | § | |
|         Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3187 |
| | § | |
| HOUSTON POLICE DEPARTMENT, *et al.*, | § | |
|         Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on November 21, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE